IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
RICHARD SNYDER,                            No   C-03-4992 VRW

        Plaintiff,                              ORDER

        v

DEPARTMENT OF DEFENSE et al,

        Defendant.
                                      /
```

     Pursuant to a stipulation by both parties, the court evaluated the parties' cross-motions for summary judgment as a bench trial on the papers, and issued its findings of facts and conclusions of law on April 29, 2005.  Doc #67.  On May 11, 2005, plaintiff Snyder filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit, seeking review of the court's April 29, 2005, order.  Doc #68.  On June 28, 2005, however, plaintiff moved this court for leave to file a motion for reconsideration of the same April 29, 2005, order.  Doc #70.

     "The filing of a notice of appeal divests the district court of jurisdiction."  Gould v Mutual Life Ins Co of NY, 790 F2d

769, 771 (9th Cir 1986)(citations omitted).  Accordingly, this court was divested of jurisdiction over plaintiff's case on May 11, 2005.  As a result, this court lacks jurisdiction to entertain plaintiff's motion for leave to file a motion to reconsider, and thus the motion is DENIED.

       IT IS SO ORDERED.

                                            /s/

                                      VAUGHN R WALKER

                                      United States District Chief Judge