IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SNYDER, | No   C-03-4992 VRW |
|     Plaintiff, | ORDER |
|     v | |
| DEPARTMENT OF DEFENSE et al, | |
|     Defendant. / | |

    On April 25, 2005, the court appointed P Michael Robson (the "trial master") to serve as trial master and make findings of fact on two issues related to plaintiff's FOIA requests.  Doc #66. The court ordered the trial master to submit his report on or before July 25, 2005 --  three (3) months from the date of the order.  Id.

    The court is now in receipt of the trial master's report dated July 24, 2005.  Doc #75.  On July 26, 2005, however, the government filed an "ex parte application" to extend by two weeks the deadline for the trial master to submit his report.  Doc #74. Clearly, the government's application is rendered moot by the

timely filing of the trial master's report.  Thus, the court **DENIES AS MOOT** the government's application to extend time.

Should either party wish the court to adopt the findings of the trial master, that party should so move the court within fifteen (15) days of this order.

**IT IS SO ORDERED.**

_____

**VAUGHN R WALKER**

United States District Chief Judge