IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SNYDER, | No   C 03-4992 VRW |
| Plaintiff, | ORDER |
| v | |
| DEPARTMENT OF DEFENSE et al, | |
| Defendants. | |

The special master appointed in this case, P Michael Robson, requests compensation for the work he performed in this case. Doc #149 (letter to the court). Robson's initial appointment came on April 22, 2005, when the court directed him to prepare his initial report. Doc #65. The court stated that his fee would be paid equally by both sides. Doc #65 at 3. Robson does not currently request compensation for that initial report.

Instead, Robson seeks three sets of fees he incurred *after* he completed the initial report: (1) fees incurred after he was reappointed on September 18, 2006, through the completion of

his second report (27.75 hours – $5550); (2) fees incurred after his appointment was extended on March 27, 2007, through the completion of his third report (21.25 hours – $4250); and (3) fees incurred after he submitted his third report but before his appointment was revoked on October 12, 2007 (3.5 hours – $700). The court concludes that defendant should pay (1), or $5550, and that plaintiff and defendants should split (2) and (3) equally.

The court previously determined that the government must pay (1).  On August 9, 2006, the court stated that it would consider reappointing Robson, with his fees to be paid by the party responsible for the delay in this case.  Doc #98.  On September 18, 2006, the court formally reappointed Robson and directed him to prepare a second report.  Doc #101.  On March 27, 2007, the court adopted the second report and found that the government was responsible for the delay in the case.  Doc #109 at 10.

Also on March 27, the court extended the appointment and directed Robson to prepare a third report, but the court did not state which party would pay for services incurred in preparing that third report.  Doc #109 at 11.  The court did not make any finding that defendants were responsible for any delay that occurred after March 27, 2007 and that occasioned the need for a third report. Furthermore, it is not apparent that one party or the other was more or less responsible for the need of Robson's services. Robson's (2) and (3) fees amount to $2475 for each party (4950 ÷ 2 = 2475).

//

//

//

Plaintiff is ORDERED to pay to P Michael Robson the sum of $2475 for services performed as special master in this case, and defendants are ORDERED to pay $8025. Payment shall be made by July 31, 2008.

IT IS SO ORDERED.

/s/ Vaughn Walker

VAUGHN R WALKER
United States District Chief Judge