UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SNYDER,

          Plaintiff,

    v.

DEPARTMENT OF DEFENSE, et al.,

          Defendants.

Case No.  03-cv-04992-VRW   (VC)

**ORDER**

Re: Dkt. No. 157

      The plaintiff filed a motion to compel on November 7, 2014.  *See* Doc. No. 157.  The government is ordered to respond to this motion within 14 days of the date of this Order.

      **IT IS SO ORDERED**.

Dated: January 14, 2015

_____
VINCE CHHABRIA
United States District Judge