UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SNYDER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>    Defendants. | Case No. 03-cv-04992-VRW   (VC)<br><br>**ORDER RE REPLY**<br><br>Re: Dkt. No. 161 |

The plaintiff is invited to file a reply to the government's filing by no later than 14 days from the date of this order. Any objection the plaintiff may have to the timeliness of the government's filing may be included in the reply.

**IT IS SO ORDERED**.

Dated: January 30, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SNYDER,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>        Defendants. | Case No.  03-cv-04992-VRW   (VC)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 1/30/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard  Snyder
521 Alameda Del Prado #228
Novato, CA 94949

Dated: 1/30/2015

                Richard W. Wieking
                Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA