UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SNYDER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>    Defendants. | Case No. 03-cv-04992-VRW   (VC)<br><br>**ORDER DENYING MOTION TO COMPEL**<br><br>Re: Dkt. No. 157 |

    The motion to compel compliance with Judge Walker's April 2005 order is denied. As a preliminary matter, it does not appear that the defendants' June 23, 2014 communication with the plaintiff violated FOIA. But even if it did, it would not also be a violation of Judge Walker's April 2005 order, which did not enjoin the defendants from sending that type of communication in response to future FOIA requests.

    **IT IS SO ORDERED.**

Dated: April 8, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SNYDER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>    Defendants. | Case No. 03-cv-04992-VRW (VC)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/8/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Snyder
521 Alameda Del Prado #228
Novato, CA 94949

Dated: 4/8/2015

                                    Richard W. Wieking
                                    Clerk, United States District Court

                                    By:_____
                                    Kristen Melen, Deputy Clerk to the
                                    Honorable VINCE CHHABRIA

(left margin: United States District Court / Northern District of California)